In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-12-00467-CV
_____

**TERRY SOZANSKI, TRUSTEE, Appellant**

**V.**

**ERNEST ROGER CLEMMENSEN, HIGHLAND CAPITAL LENDING, INC.
AND ALL OTHER PARTIES SHARING IN THE INTEREST OF HIGHLAND
CAPITAL LENDING, INC., Appellees**

**On Appeal from the 9th District Court
Montgomery County, Texas
Trial Cause No. 10-01-00205-CV**

### MEMORANDUM OPINION

The trial court signed the judgment on June 1, 2012, and the appellate timetables were not extended by the filing of a post-judgment motion within thirty days of judgment. *See* Tex. R. App. P. 26.1; Tex. R. Civ. P. 329b(a). Notice of appeal was due to be filed on July 2, 2012. *See* Tex. R. App. P. 26.1. Appellant filed notice of appeal on September 28, 2012, more than thirty days from the date of judgment and outside the time for which we may grant an extension of time to perfect a regular appeal. *See* Tex. R.

1

App. P. 26.1; Tex. R. App. P. 26.3. On October 11, 2012, we notified the parties that the appeal would be dismissed unless the appellant amended his notice of appeal to show that he was pursuing a restricted appeal. *See* Tex. R. App. P. 30. No response has been filed. Accordingly, we dismiss the appeal for lack of jurisdiction.

APPEAL DISMISSED.

_____
DAVID GAULTNEY
Justice

Opinion Delivered November 15, 2012

Before Gaultney, Kreger, and Horton, JJ.